AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| TED EUGENE EPPS | Case Number: 5:98-cr-23-OC-10GRJ<br>USM Number: 28284-018 |

_____Alec Hall_____
Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s)___1, 2 and 3___ of the term of supervision.

_____ was found in violation of charge number(s)_____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Possession of Cocaine | April 19, 2007 |
| Two | Driving while license suspended or revoked | April 19, 2007 |
| Three | Possession of a controlled substance | April 19, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_____October 7, 2008_____
Date of Imposition of Judgment

_____/s/ William Castagna_____
WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

_____Octoberer 8, 2008_____
Date

Defendant: Ted Eugene Epps                               Judgment - Page  2  of  2
Case No.: 5:98-cr-23-OC-10GRJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FIFTEEN (15) MONTHS. This sentence imposed will run consecutive with the state sentence already imposed or to be imposed in case number 42-2007-CF-001658 in Marion County Circuit Court. No supervised release imposed upon conclusion of incarceration.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

_____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.   p.m.   on _____.

   _____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL